FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 1 4 2019 ★

BROOKLYN OFFICE

BRODIE, C.

REYES, M.J.

MPR:MMH
F. #2018R01257/NY-NYE-847Z

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CARLOS ERNESTO ANGUCHO
GUERRERO,
    also known as "Corleone" and
    "Flaco,"
EDUARD MAURICIO RENDON
AGUDELO,
    also known as "Oz,"
DIEGO FERNANDO CERON
MUÑOZ,
    also known as "Galleta,"
CLEMENTE RIASCOS CORAL,
    also known as "Pastuso,"
LUIS FERNANDO SANCHEZ
ISAZA,
    also known as "Gym" and
    "Pechuga,"
ALEJANDRO ALBERTO
ESTUPIÑAN ALZATE,
    also known as "Porcelana" and
    "Armitage,"
CARLOS ADOLFO MEZA SANCHEZ,
    also known as "Lechuga" and
    "Charly,"
BELCY GOMEZ MURCIA,
    also known as "La Senora" and
    "Jesus," and
JHON ARMANDO PANTA
GUTIERREZ,
    also known as "Gafas,"

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. 19-367

(T. 21, U.S.C., §§ 853(a), 853(p),
959(a), 959(d), 960(a)(3),
960(b)(1)(B)(ii), 963 and 970; T. 18,
U.S.C., §§ 2, 3238 and 3551 et seq.)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(International Cocaine Distribution Conspiracy)

1.   In or about and between December 2016 and October 2017, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendants CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," EDUARD MAURICIO RENDON AGUDELO, also known as "Oz," DIEGO FERNANDO CERON MUÑOZ, also known as "Galleta," CLEMENTE RIASCOS CORAL, also known as "Pastuso," LUIS FERNANDO SANCHEZ ISAZA, also known as "Gym" and "Pechuga," ALEJANDRO ALBERTO ESTUPIÑAN ALZATE, also known as "Porcelana" and "Armitage," CARLOS ADOLFO MEZA SANCHEZ, also known as "Lechuga" and "Charly," BELCY GOMEZ MURCIA, also known as "La Senora" and "Jesus," and JHON ARMANDO PANTA GUTIERREZ, also known as "Gafas," together with others, did knowingly and intentionally conspire to distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 959(a) and 960(a)(3).   The amount of cocaine involved in the conspiracy attributable to each defendant as a result of his or her own conduct, and the conduct of other conspirators reasonably foreseeable to him or her, was at least five kilograms or more of a substance containing cocaine.

(Title 21, United States Code, Sections 963, 960(b)(1)(B)(ii) and 959(d); Title 18, United States Code, Sections 3238 and 3551 <u>et seq</u>.)

## COUNT TWO
### (International Cocaine Distribution –
### Approximately 268 Kilograms of Cocaine)

2.      On or about December 27, 2016, within the extraterritorial jurisdiction of the United States, the defendant CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," together with others, did knowingly and intentionally distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 959(d), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

## COUNT THREE
### (International Cocaine Distribution –
### Approximately 230 Kilograms of Cocaine)

3.      On or about December 29, 2016, within the extraterritorial jurisdiction of the United States, the defendant CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," together with others, did knowingly and intentionally distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 959(d), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

## COUNT FOUR
(International Cocaine Distribution –
Approximately 330 Kilograms of Cocaine)

4.    On or about February 8, 2017, within the extraterritorial jurisdiction of the United States, the defendants CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," EDUARD MAURICIO RENDON AGUDELO, also known as "Oz," DIEGO FERNANDO CERON MUÑOZ, also known as "Galleta," CLEMENTE RIASCOS CORAL, also known as "Pastuso," LUIS FERNANDO SANCHEZ ISAZA, also known as "Gym" and "Pechuga," ALEJANDRO ALBERTO ESTUPIÑAN ALZATE, also known as "Porcelana" and "Armitage," CARLOS ADOLFO MEZA SANCHEZ, also known as "Lechuga" and "Charly," and JHON ARMANDO PANTA GUTIERREZ, also known as "Gafas," together with others, did knowingly and intentionally distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 959(d), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

## COUNT FIVE
(International Cocaine Distribution –
Approximately 250 Kilograms of Cocaine)

5.    On or about February 15, 2017, within the extraterritorial jurisdiction of the United States, the defendants CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," EDUARD MAURICIO RENDON AGUDELO, also known as "Oz," DIEGO FERNANDO CERON MUÑOZ, also known as "Galleta,"

CLEMENTE RIASCOS CORAL, also known as "Pastuso," LUIS FERNANDO SANCHEZ ISAZA, also known as "Gym" and "Pechuga," ALEJANDRO ALBERTO ESTUPIÑAN ALZATE, also known as "Porcelana" and "Armitage," CARLOS ADOLFO MEZA SANCHEZ, also known as "Lechuga" and "Charly," BELCY GOMEZ MURCIA, also known as "La Senora" and "Jesus," and JHON ARMANDO PANTA GUTIERREZ, also known as "Gafas," together with others, did knowingly and intentionally distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 959(d), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

COUNT SIX
(International Cocaine Distribution –
Approximately 32 Kilograms of Cocaine)

6.     On or about March 7, 2017, within the extraterritorial jurisdiction of the United States, the defendants CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," EDUARD MAURICIO RENDON AGUDELO, also known as "Oz," DIEGO FERNANDO CERON MUÑOZ, also known as "Galleta," CLEMENTE RIASCOS CORAL, also known as "Pastuso," LUIS FERNANDO SANCHEZ ISAZA, also known as "Gym" and "Pechuga," ALEJANDRO ALBERTO ESTUPIÑAN ALZATE, also known as "Porcelana" and "Armitage," CARLOS ADOLFO MEZA SANCHEZ, also known as "Lechuga" and "Charly," BELCY GOMEZ MURCIA, also known as "La Senora" and "Jesus," and JHON ARMANDO PANTA GUTIERREZ, also known as "Gafas," together

with others, did knowingly and intentionally distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 959(d), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

COUNT SEVEN
(International Cocaine Distribution –
Approximately 120 Kilograms of Cocaine)

7.    On or about April 24, 2017, within the extraterritorial jurisdiction of the United States, the defendants CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," EDUARD MAURICIO RENDON AGUDELO, also known as "Oz," DIEGO FERNANDO CERON MUÑOZ, also known as "Galleta," CLEMENTE RIASCOS CORAL, also known as "Pastuso," LUIS FERNANDO SANCHEZ ISAZA, also known as "Gym" and "Pechuga," ALEJANDRO ALBERTO ESTUPIÑAN ALZATE, also known as "Porcelana" and "Armitage," CARLOS ADOLFO MEZA SANCHEZ, also known as "Lechuga" and "Charly," BELCY GOMEZ MURCIA, also known as "La Senora" and "Jesus," and JHON ARMANDO PANTA GUTIERREZ, also known as "Gafas," together with others, did knowingly and intentionally distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 959(d), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

## COUNT EIGHT
(International Cocaine Distribution –
Approximately 420 Kilograms of Cocaine)

8.     On or about May 18, 2017, within the extraterritorial jurisdiction of the United States, the defendants CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," EDUARD MAURICIO RENDON AGUDELO, also known as "Oz," DIEGO FERNANDO CERON MUÑOZ, also known as "Galleta," CLEMENTE RIASCOS CORAL, also known as "Pastuso," LUIS FERNANDO SANCHEZ ISAZA, also known as "Gym" and "Pechuga," ALEJANDRO ALBERTO ESTUPIÑAN ALZATE, also known as "Porcelana" and "Armitage," CARLOS ADOLFO MEZA SANCHEZ, also known as "Lechuga" and "Charly," BELCY GOMEZ MURCIA, also known as "La Senora" and "Jesus," and JHON ARMANDO PANTA GUTIERREZ, also known as "Gafas," together with others, did knowingly and intentionally distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 959(d), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

## COUNT NINE
(International Cocaine Distribution –
Approximately 100 Kilograms of Cocaine)

9.     On or about May 23, 2017, within the extraterritorial jurisdiction of the United States, the defendants CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," EDUARD MAURICIO RENDON AGUDELO, also known as "Oz," DIEGO FERNANDO CERON MUÑOZ, also known as "Galleta," CLEMENTE

RIASCOS CORAL, also known as "Pastuso," LUIS FERNANDO SANCHEZ ISAZA, also known as "Gym" and "Pechuga," ALEJANDRO ALBERTO ESTUPIÑAN ALZATE, also known as "Porcelana" and "Armitage," CARLOS ADOLFO MEZA SANCHEZ, also known as "Lechuga" and "Charly," BELCY GOMEZ MURCIA, also known as "La Senora" and "Jesus," and JHON ARMANDO PANTA GUTIERREZ, also known as "Gafas," together with others, did knowingly and intentionally distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 959(d), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

COUNT TEN
(International Cocaine Distribution –
Approximately 200 Kilograms of Cocaine)

10.     On or about October 2, 2017, within the extraterritorial jurisdiction of the United States, the defendants CARLOS ERNESTO ANGUCHO GUERRERO, also known as "Corleone" and "Flaco," EDUARD MAURICIO RENDON AGUDELO, also known as "Oz," DIEGO FERNANDO CERON MUÑOZ, also known as "Galleta," CLEMENTE RIASCOS CORAL, also known as "Pastuso," LUIS FERNANDO SANCHEZ ISAZA, also known as "Gym" and "Pechuga," ALEJANDRO ALBERTO ESTUPIÑAN ALZATE, also known as "Porcelana" and "Armitage," CARLOS ADOLFO MEZA SANCHEZ, also known as "Lechuga" and "Charly," BELCY GOMEZ MURCIA, also known as "La Senora" and "Jesus," and JHON ARMANDO PANTA GUTIERREZ, also known as "Gafas," together with others, did knowingly and intentionally distribute a

controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 959(d), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2, 3238 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

11.    The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a) and 970, which require any person convicted of such offenses to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offenses; and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

12.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a), 853(p) and 970)

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#:2018R01257/NY-NYE-847Z

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

CARLOS ERNESTO ANGUCHO GUERRERO, *et al.*

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 853(a), 853(p), 959(a), 959(d),
960(a)(3), 960(b)(1)(B)(ii), 963 and 970;
T. 18, U.S.C., §§ 2, 3238 and 3551 et seq.)

*A true bill.*

_____

_____
Foreperson

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Clerk

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Marcia M. Henry, Assistant U.S. Attorney (718) 254-6393*