

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MS/CEB
F. #2018R01257

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 2, 2023

By ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Carlos Ernesto Angucho Guerrero, et al.
                Criminal Docket No. 19-367

Dear Judge Brodie:

        The government respectfully submits this letter, with the consent of defense counsel, to request an adjournment of approximately sixty days of the status conference currently scheduled for August 29, 2023 at 11:00 a.m.  Counsel consents to the exclusion of time from the calculation of the Speedy Trial Act time limitations, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).  The parties jointly submit that the exclusion serves the ends of justice given the intervening time will permit ongoing production and review of discovery, as well as ongoing plea negotiations.

                    Respectfully submitted,

                    BREON PEACE
                    United States Attorney

By:             /s/
                    Margaret Schierberl
                    Chand Edwards-Balfour
                    Assistant U.S. Attorneys
                    (718) 254-7000

cc:     Clerk of the Court (MKB) (by ECF)
        Counsel of Record (by ECF)