

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CWE
F. #2018R01257/OCDETF # NY-NYE-847Z

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 20, 2024

By Email & ECF

The Honorable Margo K. Brodie
Chief United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Carlos Ernesto Angucho Guerrero
>        Criminal Docket No. 19-367 (MKB) (RER)

Dear Chief Judge Brodie:

During the proceeding on August 7, 2024, the defendant Carlos Ernesto Angucho Guerrero pleaded guilty before then United States Magistrate Vera M. Scanlon to Count One of the Indictment, ECF Dkt. No. 1, alleging that (a) in or about and between December 2016 and October 2017, both dates being approximate and inclusive, the defendant, together with others, did knowingly and intentionally conspire to distribute a controlled substance, intending, knowing and having reasonable cause to believe that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 959(a) and 960(a)(3). The amount of cocaine involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was at least five kilograms or more of a substance containing cocaine. By this letter, the government respectfully requests that the Court accept the defendant's plea of guilt.

The government encloses a proposed order and provides the Court, under separate cover, with a transcript of the plea hearing ("Tr. Aug. 7"), at the conclusion of which Judge Reyes recommended that this Court accept the defendant's guilty plea.  See Tr. Aug. 7 at 50:4–16.

Respectfully submitted,

BREON PEACE
United States Attorney

By:  _____/s/_____
Chand W. Edwards-Balfour
Assistant United States Attorney
(718) 254-7000

Encl.

cc:  Clerk of the Court (by Email and ECF)
John Diaz, Esq. (by Email and ECF)